UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Duramed Pharmaceuticals, Inc.,
    Plaintiff

v.                                         Case No. 1:00-cv-735

Wyeth-Ayerst Laboratories, Inc.,
    Defendant

**ORDER**

    The above captioned case was closed on June 12, 2003. Therefore, **IT IS ORDERED** that all **SEALED DOCUMENT(S)** (Docs. 32, 34, 75, 92, 99, 101, 103, & 104) be returned to the custody of the filing party.

February 14, 2006                         s/Sandra S. Beckwith
Date                                             Sandra S. Beckwith, Chief Judge
                                                United States District Court